FILED
January 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004000619

2
SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX: (559) 435-5656

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | Case No.: 10-60034-A-7 |
| CAROLE ANN MURPHY | DC No.: SAS-1 |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtor. | Date: February 8, 2012<br>Time: 9:00 A.M.<br>Dept: A<br>Judge: Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

I, Sheryl A. Strain, as the duly appointed qualified, and acting Trustee of the above-entitled estate allege.

1. The above-captioned case was filed under Chapter 7 on August 30, 2010, and I was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

3. Among the assets of this estate are the debtor's shares of Carole Murphy DDS Inc. ("Shares"), and the debtor's membership interest in Carole Murphy Land & Building, LLC ("LLC") that owns a commercial building in Hanford.

4. I have received an offer from the debtor, Carole Ann Murphy, to purchase the debtor's "Shares" for One Thousand and 00/100 Dollars ($1,000.00), and the "LLC" for Five Thousand and 00/100 Dollars ($5,000.00), for the total sum of Six Thousand and 00/100 Dollars ($6,000.00) cash. The total sum of $6,000.00 has been received by the estate, and deposited to an estate account.

5. In deciding to accept the proposed offer for the "Shares", I took into account the value of the equipment and inventory and the debt of Carole Murphy DDS Inc.

6. In deciding to accept the proposed offer for the debtor's "LLC", I took into consideration the fair market value of the commercial building and the debt thereon.

7. I believe that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** I pray that after appropriate notice and opportunity to be heard, I be authorized to sell the above-described assets to the debtor, Carole Ann Murphy for the total sum of $6,000.00.

Dated: 1/9/12

/s/ Sheryl A. Strain
Sheryl A. Strain
Chapter 7 Trustee